UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN CECIL,<br><br>          Petitioner,<br><br>     v.<br><br>TERESER A. BANKS,<br><br>          Respondent. | Case No. CV 10-1069 VBF(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus and Addendum thereto (the "Petition"), respondent's Answer/Motion to Dismiss, and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and adopts the Report and Recommendation.

     IT IS ORDERED that the Motion to Dismiss is granted, the Petition is denied and this action is dismissed without prejudice.

///

///

///

1

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and on counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 12-8-10

*[signature]*

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE