UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN CECIL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>TERESER A. BANKS,<br><br>　　　　Respondent. | Case No. CV 10-1069 VBF(JC)<br><br>(PROPOSED)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ Habeas Corpus (including the Addendum thereto) is denied and this action is dismissed without prejudice.

DATED: _____12-8-10_____

_____/s/ Valerie Fairbank_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE